IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWANE LASALLE WALKER,

    **Plaintiff**,

v.        Case No. 4:20cv227-MW/MAF

UNITED STATES, et al.,

    **Defendants**.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 7. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2). The Clerk shall note on the docket that this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)." The Clerk shall also close the file.

**SO ORDERED on May13, 2020.**

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**